UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE LEHMANN and INSURED
BENEFIT PLANS INC., individually and on
behalf of all others similarly situated,
                          Plaintiffs,

      -against-

OHR PHARMACEUTICAL INC., JASON
SLAKTER, SAM BACKENROTH, and
IRACH TARAPOREWALA,
                         Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/19

18 CIVIL 1284 (LAP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 20, 2019, Defendants' motion to dismiss is granted, and Plaintiff's motion to strike various documents is denied as moot.

**Dated:** New York, New York
          September 23, 2019

                                                  RUBY J. KRAJICK

                                                  Clerk of Court
                        BY: _____
                                                    Deputy Clerk