UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE LEHMANN and INSURED BENEFIT PLANS, INC., Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,

-against-

OHR PHARMACEUTICAL INC., JASON SLAKTER, SAM BACKENROTH, IRACH TARAPOREWALA,

                Defendants.

18 Civ. 1284 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court of Appeals' recent decision (dkt. no. 74), Counsel shall confer and inform the Court by letter no later than October 23, 2020, how they propose to proceed.

**SO ORDERED.**

Dated:    New York, New York
          October 16, 2020

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge