UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE LEHMANN and INSURED BENEFIT PLANS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OHR PHARMACEUTICAL INC., JASON SLAKTER, SAM BACKENROTH, IRACH TARAPOREWALA,<br><br>Defendants. | No: 1:18-cv-01284-LAP |

[~~PROPOSED~~] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL

Upon consideration of the Notice of Request for Withdrawal as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Dillon Hagius of Faruqi & Faruqi, LLP is hereby withdrawn as counsel of record for Lead Plaintiffs George Lehmann and Insured Benefit Plans, Inc.. The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED: 12/7/20

THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1